Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
FleetNurse, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-1101827

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1776 Millrace Drive, Suite 300 <br> Eugene, OR 97403 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lane <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Case 24-60405-tmr11    Doc 1    Filed 02/23/24

Debtor **FleetNurse, Inc.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__8049__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **FleetNurse, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **FleetNurse, Inc.**                                                    Case number (*if known*)
     Name

☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **FleetNurse, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 23, 2024**
MM / DD / YYYY

**X /s/ Israel Angeles**                                   **Israel Angeles**
Signature of authorized representative of debtor            Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ Nicholas J. Henderson OR:**              Date  **February 23, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Nicholas J. Henderson OR: 074027**
Printed name

**Elevate Law Group**
Firm name

**6000 SW Meadows Road**
**Suite 450**
**Lake Oswego, OR 97035**
Number, Street, City, State & ZIP Code

Contact phone   **(503) 417-0500**      Email address

**OR: 074027 OR**
Bar number and State

Fill in this information to identify the case:

Debtor name: **FleetNurse, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** **200 Vesey Street** **New York, NY 10285** | | **Credit Card** | | | | **$157,992.60** |
| **American Organizations for Nursing Leade** **75 Remittance Drive, Dept 91201** **Chicago, IL 60675-1201** | | **Business Debt** | | | | **$1,950.00** |
| **BA Securities, LLC** **Four Tower Bridge, 200** **Barr Harbor Drive, Suite 400W** **Conshohocken, PA 19428** | **teri@kaufmansa.com** | | | | | **$24,372.34** |
| **CloudFactory** **103 W Main St, Mezzanine Floor** **Durham, NC 27701** | **billing@cloudfactory.com** | | | | | **$4,632.56** |
| **Concentra** **5080 Spectrum Drive, Suite 1200W** **Addison, TX 75001** | | **Business Debt** | | | | **$335.00** |
| **Definitive Healthcare** **492 Old Connecticut Path Suite 401** **Framingham, MA 01701** | **Phone: (888) 307-4107** | | | | | **$15,114.50** |
| **Empactful Studios LLC** **9003 N. 171st St** **Bennington, NE 68007** | | **Business Debt** | | | | **$120,000.00** |

| Debtor | **FleetNurse, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Empactful Studios LLC**<br>9003 N. 171st St<br>Bennington, NE 68007 | | **Business Debt** | | | | $50,000.00 |
| **Gemino Healthcare Finance, LLC**<br>1 International Plaza, Suite 220<br>Philadelphia, PA 19113 | **Dennis Petersen, Operations Analyst**<br><br>dpetersen@slrhcabl.com<br>610-870-5411 | **Line of Credit** | | $93,513.90 | **Unknown** | **Unknown** |
| **Germinate LLC**<br>525 3rd St Ste 200<br>Lake Oswego, OR 97034 | invoices@germinateapps.com<br>(503) 828-1828 | | | | | $103,075.00 |
| **Hartman SPE LLC**<br>2909 Hillcroft Suite 420<br>Houston, TX 77057 | | **Rent** | **Disputed** | | | $0.00 |
| **HCAP Partners V, L.P.**<br>3636 Nobel Drive, Suite 401<br>San Diego, CA 92122 | tim@hcap.com | **All Assets** | | $2,685,988.09 | $30,000.00 | $2,655,988.09 |
| **HCAP Partners V, L.P.**<br>3636 Nobel Drive, Suite 401<br>San Diego, CA 92122 | | **All Assets** | | $2,047,193.72 | $1,143,946.00 | $903,247.72 |
| **HCAP Partners V, L.P.**<br>3636 Nobel Drive, Suite 401<br>San Diego, CA 92122 | tim@hcap.com | **All Assets** | | $200,000.00 | $30,000.00 | $170,000.00 |
| **IP SERVICES**<br>2896 Crescent Avenue, Suite 201<br>Eugene, OR 97408 | **Mary**<br><br>mary@ipservices.com<br>(541) 343-5974 | | | | | $15,000.00 |
| **KBF CPAs LLP**<br>5285 Meadows Rd, Suite 420<br>Lake Oswego, OR 97035 | | **Services Rendered** | | | | $29,500.00 |
| **Marlin Leasing Corp**<br>PO Box 13604<br>Philadelphia, PA 19101 | | **Furniture (Texas office)** | | $79,820.40 | **Unknown** | **Unknown** |

| Debtor | **FleetNurse, Inc.** | | Case number *(if known)* | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **National Registered Agents, Inc**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** | | **Services Rendered** | | | | $1,153.64 |
| **PandoLogic Inc**<br>**DEPT CH 19764**<br>**Palatine, IL 60055-9764** | **Billing Department**<br><br>**billing@pandologic.com**<br>**212-419-4649** | **Business Debt** | | | | $29,635.29 |
| **Perkins Coie**<br>**PO Box 24643**<br>**Seattle, WA 98124** | **clientacct@perkinscoie.com** | **Legal Services** | | | | $66,442.48 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **FleetNurse, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 23, 2024**          X **/s/ Israel Angeles**
                                               Signature of individual signing on behalf of debtor

                                               **Israel Angeles**
                                               Printed name

                                               **CEO**
                                               Position or relationship to debtor

**Nicholas J. Henderson, OSB No. 074027**
nick@elevatelawpdx.com
Elevate Law Group
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035
(503) 417-0500 Telephone
(503) 417-0501 Facsimile

*Proposed Attorneys for Debtor FleetNurse Inc.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. |
| FLEETNURSE INC. | CERTIFICATE OF SERVICE RE: U.S. TRUSTEE |
| Debtor. | |

    I hereby certify that on February 23, 2024, I prepared a copy of the List of Creditors Holding 20 Largest Unsecured Claims and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof. I further certify that this office prepared mailing labels addressed to Debtor, Debtor's Attorney and each contact person for each creditor listed in the List of Creditors Holding 20 Largest Unsecured Claims.

    I hereby certify that I served the above on the U.S. Trustee, 620 SW Main Street, Rm. 213, Portland, OR 97205, by email to ustpregion18.eg.ecf@usdoj.gov and by mailing a copy of the above-named document and labels to the U.S. Trustee in a sealed envelope, addressed to the U.S. Trustee at the U.S. Trustee's last known address. Said envelope was deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

Dated: February 23, 2024.

ELEVATE LAW GROUP

 */s/ Nicholas J. Henderson*
Nicholas J. Henderson, OSB No. 074027
nick@elevatelawpdx.com
Elevate Law Group
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035
(503) 417-0500 Telephone
*Of Attorneys for Debtor*

Page 1 of 1   CERTIFICATE OF SERVICE RE U.S. TRUSTEE

Elevate Law Group
6000 Meadows Road, Suite 450
Lake Oswego, Oregon 97035
Phone: 503-417-0500
Fax: 503-417-0501
www.elevatelawpdx.com

{00226460:5}

Case 24-60405-tmr11    Doc 1    Filed 02/23/24