UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Case No. _____
Amended

Debtor(s)

**FINAL ACCOUNT AND APPLICATION FOR FINAL DECREE AND CLOSING ORDER**

The undersigned files this final account and represents that:

1. On _____, the court entered an order confirming the chapter 11 plan.

2. The percentage of unsecured creditors' claims that will be paid over the life of the plan is _____%. (*Enter "N/A" if percentage amount is not determinable at this time.*)

3. All objections to claims have been resolved.

4. The plan has been substantially consummated.

5. The estate has been fully administered.

The undersigned applies for a final decree and closing order pursuant to Federal Rule of Bankruptcy Procedure 3022.

Date: _____

_____
Signature                                                         OSB#

_____
Type or Print Signer's Name & Relation to Case

_____
Signer's Address

_____
(If signer is a debtor or debtor's attorney) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

_____